ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil Case No. 01-CV-2427 JMR/FLN

**Steven J. Wirrer**, as Personal Representative of the Estate of Paul A. Wirrer, and **Pearl Wirrer**,

Plaintiffs,

vs.

**STIPULATION AND ORDER ALLOWING EXTENSION OF TIME TO RESPOND TO COMPLAINT UNTIL FEBRUARY 25, 2002**

**Sheet Metal Workers' National Pension Fund**, and **Sheet Metal Workers' Local 10 Pension Fund**,

Defendants.

The parties, by and through their attorneys, hereby stipulate and agree to entry of an Order extending the time for the Defendant Sheet Metal Workers' Local 10 Pension Fund ("Local 10 Fund") to respond to the above-captioned Complaint until February 25, 2002, approximately thirty days beyond the deadline. This Stipulation is necessary to permit the Local 10 Fund to investigate factual issues, consult with potential witnesses, and explore appropriate defenses. This extension will not affect any pre-trial scheduling orders.

JAN 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: Jan 18th, 2002.

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By Kathleen M. Brennan

Kathleen M. Brennan (#256870)
Scott B. Crossman (# 187355)
800 Nicollet Mall
Minneapolis, MN 55402-7035
(612) 338-2525
Fax: (612) 339-2386

Attorneys for Defendant Sheet Metal Workers' Local 10 Pension Fund

Date: 1-21, 2002

LAW OFFICE OF EMMETT DOWDAL

By: [signature]

Emmett Dowdal (#24065)
995 Wildwood Road
White Bear Lake, MN 55115
(651) 777-7479
Fax: (651) 777-7470

Attorneys for Plaintiffs Steven Wirrer and Pearl Wirrer

**ORDER**

Based upon the foregoing stipulation of the parties, and showing of good cause, it is hereby ordered that the time for the Defendant Sheet Metal Workers' Local 10 Pension Fund to respond to the above-captioned Complaint is extended to February 25, 2002.

Date: JAN. 29, 2002

Chief United States Magistrate Judge Noel