**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Steven J. Wirrer, as Personal Representative of the Estate of Paul A. Wirrer, and Pearl Wirrer,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**Sheet Metal Workers' National Pension Fund, and Sheet Metal Workers' Local 10 Pension Fund,**<br><br>**Defendants,** | **Civil Case No. 01-CV-2427 JMR/FLN** |

**STIPULATION AND ORDER**
**ALLOWING EXTENSION OF TIME TO**
**RESPOND TO COMPLAINT UNTIL MARCH 11, 2002**

The parties, by and through their attorneys, hereby stipulate and agree to entry of an Order extending the time for the Defendant Sheet Metal Workers' National Pension Fund ("NPF") to respond to the above-captioned Complaint until March 11, 2002, approximately 14 days beyond the deadline. This Stipulation is necessary to permit counsel for the Fund to prepare a response pleading, in light of the press of other business and previously scheduled deadlines. This extension will not affect any pre-trial scheduling orders.

2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: 2/21/02, 2002.

**SLEVIN & HART, P.C.**

By: [signature]
Marc Rifkind (D.C.# 416183)
1625 Massachusetts Ave., N.W.
Suite 450
Washington, D.C. 20036
(202) 797-8700
Fax: (202) 234-8231

**McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED**

By: [signature]
Kathleen M. Brennan (#256870)
Scott B. Crossman (# 187355)
800 Nicollet Mall
Minneapolis, MN 55402-7035
(612) 338-2525
Fax: (612) 339-2386

Attorneys for Defendant Sheet Metal Workers' National Pension Fund

Date: Feb 25, 2002.

**McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED**

By: Kathleen M. Brennan

Kathleen M. Brennan (#256870)
Scott B. Crossman (# 187355)
800 Nicollet Mall
Minneapolis, MN 55402-7035
(612) 338-2525
Fax: (612) 339-2386

Attorneys for Defendant Sheet Metal Workers' Local 10 Pension Fund

Date: Feb 25, 2002

LAW OFFICE OF EMMETT DOWDAL
Emmett Dowdal (#24065)
995 Wildwood Road
White Bear Lake, MN 55115
(651) 777-7479
Fax: (651) 777-7470

LAW OFFICE OF DAN BRESNAHAN

By Daniel J. Bresnahan
Dan Bresnahan
Attorney at law
1700 W. Highway 36 #220
Roseville, MN 55113-4015
(651) 633-9367
Fax: (651) 633-4210

ATTORNEYS FOR PLAINTIFFS STEVEN WIRRER AND PEARL WIRRER

**ORDER**

Based upon the foregoing stipulation of the parties, and showing of good cause, it is hereby ordered that the time for the Defendant Sheet Metal Workers' National Pension Fund to respond to the above-captioned Complaint is extended to March 11, 2002.

Date: March 6, 2002.

Frank L Noel
Chief United States Magistrate Judge Noel