**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ORIGINAL**

Civil Case No. 01-CV-2427 JMR/FLN

**Steven J. Wirrer**, as Personal Representative of the Estate of Paul A. Wirrer, and **Pearl Wirrer**,

Plaintiffs,

vs.

**STIPULATION AND ORDER ALLOWING EXTENSION OF TIME TO RESPOND TO COMPLAINT UNTIL MARCH 18, 2002**

**Sheet Metal Workers' National Pension Fund**, and **Sheet Metal Workers' Local 10 Pension Fund**,

Defendants.

The parties, by and through their attorneys, hereby stipulate and agree to entry of an Order extending the time for the Defendant Sheet Metal Workers' National Pension Fund ("National Fund") to respond to the above-captioned Complaint until March 18, 2002, one week later than the National Fund's previously-requested Stipulation and Order, and approximately 21 days beyond the original deadline. Counsel for the National Fund has been seriously ill, and this Stipulation is necessary to permit the National Fund prepare a response pleading, and sufficient time to investigate factual issues, consult with potential witnesses, and explore appropriate defenses. This extension will not affect the pre-trial conference scheduled for April 19, 2002, nor any scheduling orders.

MAR 1 2002

FILED______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

Date: 3/7, 2002.

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]

Kathleen M. Brennan (#256870)
Scott B. Crossman (# 187355)
800 Nicollet Mall
Minneapolis, MN 55402-7035
(612) 338-2525
Fax: (612) 339-2386

Attorneys for Defendant Sheet Metal Workers' Local 10 Pension Fund

Date: March 7, 2002.

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By Kathleen M. Brennan

Kathleen M. Brennan (#256870)
Scott B. Crossman (# 187355)
800 Nicollet Mall
Minneapolis, MN 55402-7035
(612) 338-2525
Fax: (612) 339-2386

SLEVIN & HART, P.C.

Marc Rifkind (D.C. #416183)
Admitted *pro hac vice*
1625 Massachusetts Ave. N.W., Suite 450
Washington, D.C. 20036
(202) 797 8700
Fax: (202) 234-8231

Attorneys for Defendant Sheet Metal Workers' National Pension Fund

Date: March 11, 2002

LAW OFFICE OF EMMETT DOWDAL
Emmett Dowdal (#24065)
995 Wildwood Road
White Bear Lake, MN 55115
(651) 777-7479
Fax: (651) 777-7470

LAW OFFICE OF DAN BRESNAHAN

By ______________________
Dan Bresnahan
Attorney at law
1700 W. Highway 36 #220
Roseville, MN 55113-4015
(651) 633-9367
Fax: (651) 633-4210

Attorneys for Plaintiffs Steven Wirrer and Pearl Wirrer

**ORDER**

Based upon the foregoing stipulation of the parties, and showing of good cause, it is hereby ordered that the time for the Defendant Sheet Metal Workers' National Pension Fund to respond to the above-captioned Complaint is extended to March 18, 2002.

Date: 3/12/02, 2002.

Frank L. Noel

~~Chief~~ United States Magistrate Judge Noel