ORIGINAL

(Revised 10/01) Admission Pro Hac Vice

Rcpt 256456

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

**MOTION FOR ADMISSION PRO HAC VICE**

**Case Number:** **01-CV-2427 JMR/FLN** **Case Title:** ***Wirrer, et. al v. Sheet Metal Workers' National Pension Fund, et. al***

**Affidavit of Movant**

I, Kathleen M. Brennan, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Thomas J. Hart, an attorney admitted to practice in District of Columbia and before the United States District Court of the District of Columbia, but not admitted to the bar of this court, who will be counsel for Defendant Sheet Metal Workers' National Pension Fund in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature MN Attorney License # 256870 May 8, 2002

**Affidavit of Proposed Admittee**

I, Thomas J. Hart, am currently a member in good standing of the U.S. District Court for the United States District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation of the matters listed above, and must accept service of all papers served.

Thomas J. Hart
Type/Print Name

Signature

5/7/02
Date

Attorney License Number: 165647
Law Firm Name & Address: Slevin & Hart, P.C.
1625 Massachusetts Ave., N.W.
Suite 450
Washington, D.C. 20036
Telephone: (202) 797-8700

Motion Granted:
For the Court: Richard D. Sletten, Clerk

MAY 15 2002
Date

FILED MAY 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

H:\Users\DLP\775.20\admission pro hac vice TJH.wpd