UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2427(JMR/FLN)

| | | |
|---|---|---|
| Steven J. Wirrer and Pearl Wirrer | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Sheet Metal Workers's National Pension Fund and Sheet Metal Workers' Local 10 Pension Fund | ) ) ) | |

This matter is before the Court on defendants' motions to dismiss. The Court heard oral argument on July 26, 2002. Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

1. Sheet Metal Workers' Local 10 Pension Fund's motion to dismiss is denied. [Docket No. 10.]

2. Sheet Metal Workers's National Pension Fund's motion to dismiss is denied. [Docket No. 20.]

3. Plaintiffs are granted leave of the Court to amend their complaint within 15 days.

Dated: July 26, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

JUL 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK