140286

(Revised 10/01) Admission Pro Hac Vice

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

**MOTION FOR ADMISSION PRO HAC VICE**

**Case Number: 01-CV-2427 JMR/FLN**

**Case Title: *Wirrer, et al. v. Sheet Metal Workers' National Pension Fund, et al.***

**Affidavit of Movant**

I, David L. Hashmall, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Stephen Rosenblatt, an attorney admitted to practice in Virginia and Pennsylvania and before the United States Courts of Appeal for the 2nd, 3rd, 4th, 5th, and District of Columbia Circuits as well as the United States District Courts for the Eastern District of Virginia, Western District of Pennsylvania, and the U.S. Tax Court, but not admitted to the bar of this court, who will be counsel for Defendant Sheet Metal Workers' National Pension Fund in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] MN Attorney License #138162 August 19, 2002
Signature

Affidavit of Proposed Admittee

I, Stephen Rosenblatt, am currently a member in good standing of the United States Courts of Appeal for the 2nd, 3rd, 4th, 5th, and District of Columbia Circuits as well as the United States District Courts for the Eastern District of Virginia, Western District of Pennsylvania, and the U.S. Tax Court, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation of the matters listed above, and must accept service of all papers served.

Stephen Rosenblatt [signature] August 21, 2002

Signature Date

| | |
|---|---|
| Virginia License Number: | 37089 |
| Pennsylvania License Number: | 52766 |
| Employer and Address: | Sheet Metal Workers' National Pension Fund<br>601 N. Fairfax Street, #500<br>Alexandria, VA 22314 |
| Telephone: | (703) 739-7000 |

FILED AUG 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

MPLS 220864-1

(Revised 10/01) Admission Pro Hac Vice

Motion Granted: Richard D. Sletten [signature] AUG 2 2002
For the Court: Richard D. Sletten, Clerk MMC Date