UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Steven J. Wirrer, as Personal Representative of the Estate of Paul A. Wirrer, and Pearl Wirrer,

Plaintiffs,

vs.

Sheet Metal Workers' National Pension Fund, and Sheet Metal Workers' Local 10 Pension Fund,

Defendants.

Civil No. 01-CV-2427 JMR/FLN

**STIPULATION AND ORDER**

---

It is hereby stipulated and agreed that the time for Defendant Sheet Metal Workers' National Pension Fund to answer or otherwise respond to Plaintiffs' First Amended Complaint is extended to Monday, September 9, 2002.

Dated: August 26, 2002

Daniel J. Bresnahan

Daniel J. Bresnahan, #11290
220 Rosedale Towers
1700 W. Highway 36, Roseville, MN 55113
651/633-9367

ATTORNEY FOR PLAINTIFFS

MPLS 220652-1

FILED ______
RICHARD D. SLETTEN
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: August 21, 2002

MCGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By: ______________________

Kathleen M. Brennan
U.S. Bancorp Center
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
612/338-2525

ATTORNEYS FOR DEFENDANTS

**SO ORDERED:**

Dated: Sept 6, 2002

______________________
Franklin L. Noel
United States Magistrate Judge

MPLS 220652-1