UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2427(JMR/JSM)

Steven J. Wirrer and Pearl Wirrer )
)
v. ) ORDER
)
Sheet Metal Workers's National )
Pension Fund and Sheet Metal )
Workers' Local 10 Pension Fund )

This matter is before the Court on the Sheet Metal Workers's National Pension Fund's motion for summary judgment. The Court heard oral argument on February 28, 2003, and held a phone conference on March 5, 2003. Based on the files, records, and proceedings herein, and for the reasons stated at the hearing and conference, IT IS ORDERED that:

1. The Sheet Metal Workers's National Pension Fund's motion for summary judgment (Docket No. 44) is granted, and plaintiffs' claims against this defendant are therefore dismissed with prejudice.

2. Plaintiffs are ordered to clarify to the Court which entity completed and accepted the decedent's pension fund applications on October 31, 2000, and to do so by March 10, 2003.

Dated: March 6t, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED MAR 06 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK