UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2427 (JMR/JSM)

| | | |
|---|---|---|
| Steven Wirrer | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Sheet Metal Workers National | ) | |
| Pension Fund, et al. | ) | |

The Court has been advised by counsel that the above-entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: October 3rd, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED OCT - 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS